# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WESLEY JEFFERSON
ADC #104933                                                                                                  PETITIONER

V.                                         5:10CV00167 JMM-JTR

RAY HOBBS, Director,
Arkansas Department of Corrections                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2) and the Amended Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #15), are DENIED, and this case is DISMISSED, WITH PREJUDICE.  IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE