# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WESLEY JEFFERSON
ADC #104933                                                                  PETITIONER


V.                            5:10CV00167 JMM-JTR


RAY HOBBS, Director,
Arkansas Department of Corrections                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and

this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 19th day of April, 2011.


_____
UNITED STATES DISTRICT JUDGE